F. Shawn Azizollahi (SBN 268116)
shawn@marqueelaw.com
Gary S. Brotman (SBN 287726)
gary@marqueelaw.com
Poya Ghasri (SBN 268119)
poya@marqueelaw.com
MARQUEE LAW GROUP, A Professional Corporation
9100 Wilshire Boulevard, Suite 445 East Tower
Beverly Hills, California 90212
Phone: (310) 275-1844
Facsimile: (310) 275-1801

Attorneys for Plaintiff
ARAM RADIF


JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
JANE A. ROTHBALER, SBN 201755
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendants
WAL-MART ASSOCIATES, INC.,
WALMART INC. and UNI CEREZO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM RADIF, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WALMART, INC., a Delaware Corporation; UNI CEREZO, an individual; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:24-CV-00129-JAM-AC<br><br>**ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Complaint Date:  Dec. 4, 2023<br>Trial Date:         Not Yet Set<br><br>Settlement Conference Date: Sept. 10, 2024 |

**ORDER**

GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED that the Settlement Conference scheduled for September 10, 2024, at 9:30AM is continued to November 22, 2024 at 9:30 AM via Zoom before Chief Magistrate Judge Carolyn K. Delaney.

IT IS SO ORDERED.

Dated:  August 30, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE