UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM RADIF, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WALMART, INC., a Delaware Corporation; UNI CEREZO, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No.  2:24-cv-00129 JAM-AC<br><br>**ORDER** |

　　Pending before the Court is the Motion of Marquee Law Group, A.P.C., for an order permitting their withdrawal as counsel for Plaintiff Aram Radif, ECF No. 30.  The Court, having reviewed the moving papers and having taken all relevant matters into consideration, rules as follows:

　　GOOD CAUSE APPEARING THEREFORE, said Motion is granted. Marquee Law Group, A.P.C. and each of its attorneys are hereby removed as the attorneys of record for Plaintiff Aram Radif as of the date of this Order.

　　IT IS FURTHER ORDERED that this case is stayed for thirty

1

(30) days to allow Plaintiff an opportunity to retain new counsel.  If Plaintiff is unable to retain new counsel, the matter will be referred to Magistrate Judge Alison Claire, pursuant to Local Rule 302(c)(21) for all further proceedings.

    IT IS SO ORDERED.

DATED: January 24, 2025

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE