UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM RADIF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-0129 JAM AC<br><br><br>ORDER |

　　　　This case was removed from State Court on January 10, 2024.  ECF No. 1.  Plaintiff is appearing in pro se following the withdrawal of counsel on February 27, 2025, and this matter was accordingly referred to the undersigned for pretrial purposes pursuant to Local Rule 302(c)(21).  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for May 14, 2025 at 10:00 a.m. via Zoom before Magistrate Judge Allison Claire.  All parties shall appear by counsel or in person if acting without counsel.
2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:
    a. Service of process;
    b. Possible joinder of additional parties;
    c. Any expected or desired amendment of the pleadings;

1

    d. Jurisdiction and venue;

    e. Anticipated motions and their scheduling;

    f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h. Special procedures, if any;

    i. Estimated trial time;

    j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k. Whether the case is related to any other cases, including bankruptcy;

    l. Whether a settlement conference should be scheduled;

    m. Any other matters that may add to the just and expeditious disposition of this matter

IT IS SO ORDERED.

DATED: March 7, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE