UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM RADIF,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>  Defendants. | No. 2:24-cv-0129 JAM AC<br><br>ORDER |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiff was proceeding pro se. ECF No. 39. On April 30, 2025, attorney John R. Parker, Jr. appeared as counsel for plaintiff in this case. ECF No. 43. Because plaintiff is now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates pending before the undersigned are VACATED;

2. Going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action. Discovery motions remain referred to the magistrate judge by Local Rule 302(c)(1).

////

////

1

3. This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: April 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE