1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| 12 | ARAM RADIF, an individual, |
| 13 |      Plaintiff, |
| 14 |      v. |

ARAM RADIF, an individual,

       Plaintiff,

   v.

WAL-MART ASSOCIATES, INC., A DELAWARE CORPORATION; WALMART, INC., A DELAWARE CORPORATION; UNI CEREZO, AN INDIVIDUAL; AND DOES 1 THROUGH 50, INCLUSIVE.,

       Defendants.

Case No. 2:24-cv-00129-JAM-AC

**ORDER GRANTING STIPULATION OF DISMISSAL (ECF No. 56)**

[Pursuant to Rule 41(a)(1)(A)(ii)]

Action Filed:     May 7, 2024
Date of Removal:   June 10, 2024

1

**ORDER OF DISMISSAL**

2      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

3  IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH**

4  **PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own

5  attorney's fees and costs. The Clerk is **DIRECTED** to **CLOSE** the file.

6      IT IS SO ORDERED.

7

8      Dated:  December 23, 2025

9

10     JOHN A. MENDEZ,
       SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28